# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL-BAY INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARARAT, L.L.C.; LEONARD GOTSHALK SUPERTRAIL MANUFACTURING CO., INC.; TOM WALDRON; PAUL SCHENKE; KRISTOL MANAGEMENT AND INVESTMENTS, INC.; DEBRA DOUGHERTY; DIAMOND C. HOLDINGS; MUSTAFA ATAC; EMERALD INTERIORS; JUDY CIRCO; NOREEN WILSON, <br><br> Defendants. | CASE NO. 07CV0755-LAB (WMC) <br><br> **ORDER OF DISMISSAL** |

On May 8, 2007, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of jurisdiction or, alternatively, amend its complaint to show why jurisdiction existed, or dismiss its complaint. Although the Court cautioned Plaintiff that failure to show cause or amend as ordered would result in dismissal, Plaintiff has done neither. This action is therefore **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: October 29, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge